# EXHIBIT B

This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting.

24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising:

receiving a control command at the local server from the network device via the second network, the control command indicating a desired modification to the flow of the audio visual data from the central server to the network device;

sending the control command from the local server to the central server via the first network;

receiving a modified audio visual data flow at the local server from the central server via the first network in response to the control command; and

transmitting the modified audio visual data flow from the local server to the network device via the second network, thereby enabling the network device to interactively modify the flow of the audio visual data from the central server to the network device.

| **Claim 24** | **Evidence** |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | The below URL is a video walkthrough of how the JetBlue in cabin Fly-Fi works. The Live TV portion of Fly-Fi is powered by ViaSat (e.g. the local server) (2:25). The KU antenna (e.g. the central server) is the network for supplying the aircraft with Live TV (3:00). The ViaSat (e.g. the local server) is connected to guest devices ("network devices") present on the back of the guests' seats.     Source (accessed on March 11, 2021): https://www.youtube.com/watch?v=8TIHUzsZ7V0 |

| **Claim 24** | **Evidence** |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | The on-board ViaSat Modem ("local server") receives channel data from the ViaSat Partner Data Center ("central server"). The ViaSat Partner Data Center is connected by the Internet ("a first network"). Additionally, the on-board ViaSat Modem is coupled to guest devices ("a plurality of network devices") through on-board Wi-Fi ("a second network").  Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| Claim 24 | Evidence |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | The on-board ViaSat Modem ("local server") receives channel data from the ViaSat Partner Data Center ("central server"). The ViaSat Partner Data Center is connected by the Internet ("a first network"). Additionally, the on-board ViaSat Modem is coupled to guest devices ("a plurality of network devices") through on-board Wi-Fi ("a second network").  Source (accessed on March 11, 2021): https://go.viasat.com/rs/713-WMY-519/images/Viasat%20Global_Ku-band_Advanced_Brochure_014.pdf |

| **Claim 24** | **Evidence** |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | JetBlue provides a method of interactively controlling (e.g. pause and rewind Live TV) from one of the plurality of network devices (e.g. 10.1-inch 1080P high definition screens) a flow of audio visual data (e.g. live TV) from the central server to the network device. A JetBlue guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat modem (e.g. the local server).<br><br>JetBlue has long offered free in-flight live TV, but through seatback screens. It's sticking with seatback screens as it has upgraded its in-fight offerings. The new Fly-Fi in-flight Wi-Fi system, available on all A320s, A321s and E-190s, has 36 channels (E190s and A320s) or 100 channels (A321s) of free DIRECTV. It has been refitting its A320 fleet in recent months to give those aircraft 100-channel availability of live TV "with DVR-like pause and rewind functionality" through 10.1-inch high-def seatback screens.<br><br>Source (accessed on March 11, 2021): https://www.sfgate.com/travel/article/Watch-Super-Bowl-from-the-plane-15016980.php |

| **Claim 24** | **Evidence** |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | JetBlue provides a method of interactively controlling (e.g. pause and rewind Live TV) from one of the plurality of network devices (e.g. 10.1-inch 1080P high definition screens) a flow of audio visual data (e.g. live TV) from the central server to the network device. A JetBlue guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat modem (e.g. the local server). <br><br> **IFE** <br><br> Also in 2019, JetBlue will build on its reputation as an industry leader in inflight entertainment options with Thales AVANT and ViaSat-2 connectivity. With this system, JetBlue will offer customers aboard its restyled A320s expanded entertainment choices in nearly every region the airline flies (b). JetBlue is the only major U.S. airline with seatback entertainment screens at every seat on every aircraft. <br><br> • 10.1 inch, 1080P high definition screen at every seat. <br> • <u>More than 100 channels of live television with DVR-like pause and rewind functionality.</u> <br> • Expanded collection of on demand movies, TV shows and video content, plus new gaming features. <br> • Destination-specific content allowing customers to enhance their travel experience. <br> • Picture-in-picture function <br> • Enhanced, 3D flight map offering multiple ways to track time to destination. <br> • Personal handheld device pairing capabilities for use as a remote or gaming controller. <br> • Expanded Fly-Fi connectivity, providing coverage to nearly the entire JetBlue network. <br><br> Source (accessed on March 11, 2021): http://mediaroom.jetblue.com/investor-relations/press-releases/2019/03-20-2019-150020082 |

| **Claim 24** | **Evidence** |
|---|---|
| receiving a control command at the local server from the network device via the second network, the control command indicating a desired modification to the flow of the audio visual data from the central server to the network device; | JetBlue provides a method of interactively controlling (e.g. pause and rewind Live TV) from one of the plurality of network devices (e.g. 10.1-inch 1080P high definition screens) a flow of audio visual data (e.g. live TV) from the central server to the network device. A JetBlue guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat modem (e.g. the local server).<br><br>**IFE**<br><br>Also in 2019, JetBlue will build on its reputation as an industry leader in inflight entertainment options with Thales AVANT and ViaSat-2 connectivity. With this system, JetBlue will offer customers aboard its restyled A320s expanded entertainment choices in nearly every region the airline flies (b). JetBlue is the only major U.S. airline with seatback entertainment screens at every seat on every aircraft.<br><br>• 10.1 inch, 1080P high definition screen at every seat.<br>• More than 100 channels of live television with DVR-like pause and rewind functionality.<br>• Expanded collection of on demand movies, TV shows and video content, plus new gaming features.<br>• Destination-specific content allowing customers to enhance their travel experience.<br>• Picture-in-picture function<br>• Enhanced, 3D flight map offering multiple ways to track time to destination.<br>• Personal handheld device pairing capabilities for use as a remote or gaming controller.<br>• Expanded Fly-Fi connectivity, providing coverage to nearly the entire JetBlue network.<br><br>Source (accessed on March 11, 2021): http://mediaroom.jetblue.com/investor-relations/press-releases/2019/03-20-2019-150020082 |

| Claim 24 | Evidence |
|---|---|
| receiving a control command at the local server from the network device via the second network, the control command indicating a desired modification to the flow of the audio visual data from the central server to the network device; | JetBlue provides a method of interactively controlling (e.g. pause and rewind Live TV) from one of the plurality of network devices (e.g. 10.1-inch 1080P high definition screens) a flow of audio visual data (e.g. live TV) from the central server to the network device. A JetBlue guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat modem (e.g. the local server).<br><br><br><br>Source (accessed on March 11, 2021): https://runwaygirlnetwork.com/2014/06/17/video-jetblues-new-live-tv-system-represents-evolutionary-step/ |

| Claim 24 | Evidence |
|---|---|
| sending the control command from the local server to the central server via the first network; | JetBlue provides a method of interactively controlling (e.g. pause and rewind Live TV) from one of the plurality of network devices (e.g. 10.1-inch 1080P high definition screens) a flow of audio visual data (e.g. live TV) from the central server to the network device. A JetBlue guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat Modem (e.g. the local server). The ViaSat Modem forwards the control command to the ViaSat Gateway which includes the ViaSat Partner Data Center (e.g., the central server).<br><br>Data is transmitted to and from the plane through the satellite to the ground station and back. As the plane moves through the air, the Exede in The Air system automatically performs hand overs between coverage areas.<br><br>Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| Claim 24 | Evidence |
|---|---|
| receiving a modified audio visual data flow at the local server from the central server via the first network in response to the control command; and | JetBlue provides a method of interactively controlling (e.g. pause and rewind Live TV) from one of the plurality of network devices (e.g. 10.1-inch 1080P high definition screens) a flow of audio visual data (e.g. live TV) from the central server to the network device. A JetBlue guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat Modem (e.g. the local server). Through the ViaSat Gateway, the ViaSat Partner Data Center (e.g., the central server) uses the Internet (e.g., the first network) to respond to the control command. In response, a modified audio visual data flow is received at the ViaSat Modem (e.g., the local server).<br><br><br><br>Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| **Claim 24** | **Evidence** |
|---|---|
| transmitting the modified audio visual data flow from the local server to the network device via the second network, thereby enabling the network device to interactively modify the flow of the audio visual data from the central server to the network device. | After a modified audio visual data flow is received at the ViaSat Modem (e.g., the local server), the ViaSat Modem will transmit the modified audio visual data to the guest devices (e.g., the network devices) via Cabin Wireless Access Points (e.g., the second network), thereby enabling the passengers to to pause, rewind, or fast forward (e.g., interactively modify the flow of audio vidual data from the central server to the network device).  Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| **Claim 24** | **Evidence** |
|---|---|
| transmitting the modified audio visual data flow from the local server to the network device via the second network, <span style="color:red">thereby enabling the network device to interactively modify the flow of the audio visual data</span> from the central server to the network device. | A JetBlue guest is thereby enabled to use the buttons on a provided remote to pause, rewind, or fast forward (e.g. interactively modify) the live show (e.g., the audio visual data).<br><br><br><br>Source (accessed on March 11, 2021): https://runwaygirlnetwork.com/2014/06/17/video-jetblues-new-live-tv-system-represents-evolutionary-step/ |