IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EVOLVE INTERACTIVE LLC,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　)　　C.A. No. 21-443 (MN)
　　　　　　　　　　　　　　　　)
JETBLUE AIRWAYS CORPORATION,　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　)

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to answer, move or otherwise respond to the Complaint is further extended until June 18, 2021.

STAMOULIS & WEINBLATT, LLC

/s/ Richard C. Weinblatt
_____
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 North West Street Third Floor
Wilmington, DE  19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan
_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED this____day of May, 2021.

_____
United States District Judge